Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARBJEET SINGH SANDER,<br><br>Defendant. | No. CR18-125-RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to defendant Sarbjeet Singh Sander.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case are dismissed, without prejudice.

DATED this __17th__ day of __February__, 2022.

_____
HON. ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

*Order of Dismissal -- 1*
*United States v. Sarbjeet Singh Sander*
CR18-125-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970